UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

WESLEY J. CRAWFORD,

      Petitioner,

v.                                    **ORDER**
                                          Civil File No. 12-3071 (MJD/JJG)

SCOTT P. FISHER,

      Respondent.

Wesley J. Crawford, pro se.

Erika R. Mozangue, Assistant United States Attorney, Counsel for Respondent.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeanne J. Graham dated December 18, 2012. Petitioner filed objections to the Report and Recommendation. Pursuant to statute, the Court has conducted a de novo review upon the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based upon that review, the Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Graham.

1

Accordingly, based upon the files, records, and proceedings herein**, IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Jeanne J. Graham dated December 18, 2012 [Docket No. 4].

2. Petitioner's application for leave to proceed in forma pauperis [Docket No. 2] is **DENIED**.

3. Petitioner's Motion for Release on Personal Recognizance [Docket No. 3] is **DENIED**.

4. Petitioner's application for habeas corpus relief under 28 U.S.C. § 2241 [Docket No. 1] is summarily **DISMISSED FOR LACK OF JURISDICTION**.

5. Petitioner's Motion for Interlocutory Appeal [Docket No. 6] is **DENIED AS MOOT**.

6. Petitioner's Motion for Summary Judgment [Docket No. 9] is **DENIED AS MOOT**.

7. Petitioner's Motion for Judgment as a Matter of Law [Docket No. 10] is **DENIED AS MOOT**.

8. The Clerk of Court is directed to not file any new pro se pleading submitted by Petitioner unless a Judge or Magistrate Judge of the District Court has pre-approved the pleading for filing.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 24, 2013

s/ Michael J. Davis
Michael J. Davis
Chief Judge
United States District Court